**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWAREN ROBERTS,<br><br>               Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS; T. RODIN; E. NIXON; STEVEN HOLDER; E. PEREZ; E. RAMOS; G. CALDERON; B. CAMACK; DANIEL SOTO; M. BLANKENSHIP; A. RODRIGUEZ; RON HUGHES; K. SMITH; TODD LANSFORD; ARBI MASHI KAMALI; DANNY LEVYA; DOES 1–50; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; JERRY BROWN; JERRY BEARD; MATTHEW CATE,<br><br>               Defendants. | Case No. 2:13-cv-07461-ODW(JCx)<br><br>**ORDER TO SHOW CAUSE RE. LACK OF PROSECUTION** |

On November 8, 2013, Plaintiff Antwaren Robert filed a First Amended Complaint against, among others, Defendants Arbi Mashi Kamali and Danny Levya. (ECF No. 9.)  These Defendants are allegedly inmates at California Men's Colony prison.  On November 5, 2013, Roberts served Kamali and Leyva with the summons and First Amended Complaint.  (ECF Nos. 19, 21.)  Their answers or other responses were thus due on November 26, 2013—21 days after Roberts filed his First Amended

Complaint.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).  To date, the Court has received no response from Kamali and Leyva.

The Court therefore **ORDERS** Roberts to **SHOW CAUSE** in writing by **Friday, January 31, 2014**, why he has not moved for entry of default with the Clerk of Court against Kamali and Leyva.  No hearing will be held.  The Court will discharge this Order upon Roberts's request for entry of default against these Defendants.  Failure to timely respond to this Order will result in dismissal of Kamali and Leyva from this case for lack of prosecution.

**IT IS SO ORDERED.**

January 28, 2014

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**