# United States District Court
# Central District of California

| | |
|---|---|
| ANTWAREN ROBERTS,<br><br>  Plaintiff,<br><br>  v.<br><br>JERRY BROWN, et al.,<br><br>  Defendants. | Case No. 2:13-cv-07461-ODW(JCx)<br><br>**ORDER TO SHOW CAUSE RE.**<br>**SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 125), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **by May 13, 2015**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action, including Defendant Todd Rodin's Motion for Summary Judgment (ECF No. 118) are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

April 13, 2015

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**